UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| Joseph Beier Jr. | ) CHAPTER 13 CASE NO.  04-60916 |
| | ) |
| DEBTOR | ) |

**NOTICE OF MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $25.88 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 7 of the U.S. Bankruptcy Code.
2. The debtor's case was completed in September 2009 and the Trustee send the debtor a refund in the amount of $25.88.
3. To date the check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $25.88 into U.S. Treasury Fund 6047BK on behalf of Debtor, Joseph Beier Jr. whose last known address was 6978 Superior, Portage, IN 46368.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on February 1, 2010 to the attorney for the debtor and the United States Trustee and to the debtor at 6978 Superior, Portage, IN 46368.

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015